FILED
CLERK, U.S. DISTRICT COURT

JUL 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY BERNARD CHAMBERS, | ) | NO. CV 08-1471-SVW(E) |
| Petitioner, | ) | |
| v. | ) | ORDER DISMISSING PETITION |
| V.M. ALMAGER, Warden, | ) | WITHOUT PREJUDICE |
| Respondent. | ) | |

On June 9, 2008, the Court received Petitioner's "Notice of 'Voluntary Dismissal,' etc." ("the notice"). The notice confirms Petitioner's desire that his habeas petition be dismissed without prejudice. Accordingly, the notice is ordered filed and the Petition is denied and dismissed without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _____July 24_____, 2008.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE