FILED
CLERK, U.S. DISTRICT COURT

JUL 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BERNARD CHAMBERS, | ) | NO. CV 08-1471-SVW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| V. M. ALMAGER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Petition Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: _____July 24_____, 2008.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE